IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 3-04-CR-0094-D |
| | § | NO. 3-05-CV-2094-D |
| JOSE RICARDO VASQUEZ-DIAZ | § | |
| | § | |
| Defendant. | § | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

**SO ORDERED**.

December 5, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE